JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MAZZEI,<br><br>    Plaintiff,<br><br>      vs.<br><br>SIKA STABLES, LLC, a Florida Limited Liability Company; et al.<br><br>    Defendants,<br><br>And related counterclaim. | Case No.: 5:19-cv-00572-DSF-MRW<br><br>**ORDER RE: DISMISSAL OF ACTION**<br><br>**[Filed concurrently with Joint Stipulation for Dismissal]**<br><br>**Judge:** Hon. Dale S. Fischer<br><br>**Action Filed:** March 29, 2019<br>**Trial Date:** September 14, 2021 |

1    The Court has reviewed the Joint Stipulation of the Parties for Dismissal with

2  Prejudice.  The above-entitled action, including all claims and counterclaims, is

3  dismissed with prejudice.  Each side shall bear their own attorney's fees and costs.

4

5        IT IS SO ORDERED.

6  DATED:  March 15, 2021

7                                                        _____
                                                         Honorable Dale S. Fischer
8                                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28